**AKERMAN SENTERFITT LLP**
725 S. FIGUEROA STREET, SUITE 3800
LOS ANGELES, CALIFORNIA 90017
TEL.: (213) 688-9500 – FAX: (213) 627-6342

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ARTURO RIVERA,<br><br>    Plaintiff,<br><br>v.<br><br>AURORA LOAN SERVICES, LLC; QUALITY LOAN SERVICE CORPORATION; TOWER MORTGAGE, INC.; AMERICAN MORTGAGE; JOSE SERRATOS; CMLTI ASSET TRUST; SELENA FINANCE and DOES 1 through 50,<br><br>    Defendants. | Case No. SACV13-00747-DOC-RNBx<br>Assigned to the Hon. David O. Carter<br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE**<br><br>SAC Filed:      June 24, 2013<br>FAC Filed:      March 15, 2013<br>Complaint Filed: December 26, 2012<br>Trial Date:      None |

On July 24, 2013, the Court granted defendant Aurora Loan Services LLC's (**Aurora**) motion to dismiss plaintiff Arturo Rivera's (**plaintiffs**) second amended complaint with prejudice. [*See* ECF Docket No. 16, July 24, 2013 Minute Order].

Therefore, for good cause appearing,

It is hereby ORDERED, ADJUDGED and DECREED that JUDGMENT be entered in favor of Aurora and against plaintiff, dismissing plaintiff's second amended complaint and this action with prejudice.

The Court orders that such judgment be entered.

Dated: August 27, 2013

                                                        _/s/ David O. Carter_____
                                                        The Honorable David O. Carter
                                                        United States District Judge